UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOSE MIGUEL VALLE LARIOS, ) | |
| ) | |
| Petitioner, ) | Case No. SACV 16-1077 FMO (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ACCEPTING REPORT AND |
| DAVID JENNINGS, et al., ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondents. ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: November 21, 2016

_____/s/_____
Fernando M. Olguin
United States District Judge