JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSE MIGUEL VALLE LARIOS, | |
| Petitioner, | Case No. SACV 16-1077-FMO (AJW) |
| v. | |
| | JUDGMENT |
| DAVID JENNINGS, Field Office Director for the Los Angeles Office fo the United States Immigration and Customs Enforcement, et al., | |
| Respondents. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: November 21, 2016

_____/s/_____
Fernando M. Olguin
United States District Judge